**Adrian GOUGH, Appellant,**

v.

**CRIMINAL RECORDS REPOSITORY,
et al., Respondents.**

**No. ED 103777**

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

Filed: September 6, 2016

Application for Transfer to Supreme
Court Denied November 7,
2016

Application for Transfer Denied
December 20, 2016

Matthew A. Radefeld, Clayton, MO, for Appellant.

Jennifer R. Chestnut Strada, Michelle Morgan, St. Louis, MO, for Respondent.

Before Angela T. Quigless, P.J. and Robert G. Dowd, Jr. and Lisa Van Amburg, JJ.

## ORDER

PER CURIAM.

Adrian Gough appeals from an order and judgment denying his petitions for expungement under Section 610.122.

We have reviewed the briefs of the parties and the record on appeal, and we affirm. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).